UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PETE ALVAREZ, :
     Plaintiff, :
 :
v. : No. 5:21-cv-01811
 :
AMCOR RIGID PLASTICS USA, LLC,[1] :
     Defendant. :

## O R D E R

**AND NOW**, this 2nd day of September, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion for Judgment on the Pleadings, ECF No. 8, is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice** as time-barred.

3. The Clerk of Courts shall **CLOSE** this case.

                      BY THE COURT:

                      */s/ Joseph F. Leeson, Jr.*
                      JOSEPH F. LEESON, JR.
                      United States District Judge

---

[1] Defendant asserts that the wrong corporate entity was named in the Complaint because, on June 10, 2019, Amcor Rigid Plastics USA, LLC changed its name to Amcor Rigid Packaging USA, LLC. For purposes of this Opinion, the Court refers to Defendant as "Amcor."